IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA FORTMAN | * | |
| v. | * | Civil No. JFM-96-3842 |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |

* * * * *

| | | |
|---|---|---|
| KAREN VOGELSANG | * | |
| v. | * | Civil No. JFM-96-3843 |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |

* * * * *

| | | |
|---|---|---|
| WILLIAM WHITE | * | |
| v. | * | Civil No. JFM-97-0387 |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |

* * * * *

| | | |
|---|---|---|
| WILLIAM COOPER | * | |
| v. | * | Civil No. JFM-97-2578 |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |

* * * * *

## ORDER

It appearing to the Court that its Order of September 16, 1999, was partially in error, it is hereby

ORDERED, that the September 16, 1999, Order is rescinded only insofar as it relates to the <u>Cooper</u> case (C.A. No. JFM-987-2578); and it is

FURTHER ORDERED, that:

\\\DC - 59235/21 - #962213 v1

1. The Order previously entered consolidating <u>William White v. Smith & Nephew, Inc., et al.</u> (JFM-97-0387) with the <u>Fortman</u> and <u>Vogelsang</u> cases is rescinded;

2. The <u>Fortman</u>, <u>White</u> and <u>Vogelsang</u> cases are severed from one another; and

3. All papers previously filed in the consolidated action (<u>Fortman v. Smith & Nephew, Inc., et al.</u> Civil No. JFM-96-3842) are deemed to have been filed in <u>Vogelsang v. Smith & Nephew, Inc.</u>, Civil No. JFM-96-3843, and <u>White v. Smith & Nephew, Inc.</u>, Civil No. JFM-97-2578.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

\\\DC - 59235/21 - #962213 v1