1:96-cv-03842

Brian P. Quirk, Esq.                                sf
Law Office
PH
3200 Energy Centre
1100 Poydras Street
New Orleans, La  70163

---------------------------------

---------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA FORTMAN | * | |
| | * | |
| v. | * | Civil No. JFM-96-3842 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |
| KAREN VOGELSANG | * | |
| | * | |
| v. | * | Civil No. JFM-96-3843 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |
| WILLIAM WHITE | * | |
| | * | |
| v. | * | Civil No. JFM-97-0387 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * * * * * | |
| WILLIAM COOPER | * | |
| | * | |
| v. | * | Civil No. JFM-97-2578 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |

## ORDER

It appearing that the defendant in these cases has changed its name from Smith & Nephew Richards, Inc. to Smith & Nephew, Inc., it is, this 20th day of October, 1999, hereby

\\\DC - 59235/21 - #962213 v1

ORDERED, that the caption of all of these cases shall be amended to reflect that the name of the defendant is Smith & Nephew, Inc.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge





```
CASE:       1:96-cv-03842
DOCUMENT:   10
DATE:       10/20/99

CLERK:      sf
```

Notices will be sent to:

    James Koch, Law Office    4105393957

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA FORTMAN | * | |
| | * | |
| v. | * | Civil No. JFM-96-3842 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |
| KAREN VOGELSANG | * | |
| | * | |
| v. | * | Civil No. JFM-96-3843 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |
| WILLIAM WHITE | * | |
| | * | |
| v. | * | Civil No. JFM-97-0387 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * * * * * | |
| WILLIAM COOPER | * | |
| | * | |
| v. | * | Civil No. JFM-97-2578 |
| | * | |
| SMITH & NEPHEW RICHARDS, INC., et al., | * | |
| | * * * * * | |

## ORDER

It appearing to the Court that its Order of September 16, 1999, was partially in error, it is hereby

ORDERED, that the September 16, 1999, Order is rescinded only insofar as it relates to the <u>Cooper</u> case (C.A. No. JFM-987-2578); and it is

FURTHER ORDERED, that:

1. The Order previously entered consolidating <u>William White v. Smith & Nephew, Inc., et al.</u> (JFM-97-0387) with the <u>Fortman</u> and <u>Vogelsang</u> cases is rescinded;

2. The <u>Fortman</u>, <u>White</u> and <u>Vogelsang</u> cases are severed from one another; and

3. All papers previously filed in the consolidated action (<u>Fortman v. Smith & Nephew, Inc., et al.</u> Civil No. JFM-96-3842) are deemed to have been filed in <u>Vogelsang v. Smith & Nephew, Inc.</u>, Civil No. JFM-96-3843, and <u>White v. Smith & Nephew, Inc.</u>, Civil No. JFM-97-2578.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

2