IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LINDA FORTMAN | ) |
|       Plaintiff, | ) |
| v. | ) Civil No. JFM-96-3842 |
| SMITH & NEPHEW, INC. | ) |
|       Defendant. | ) |

### ORDER

The Court being advised that the parties have entered into a Letter of Intent to settle this case, but that additional time is necessary to complete the settlement process, it is, this 2nd day of July, 2000,

ORDERED, that this case is stayed until April 1, 2000.

Chief Judge J. Frederick Motz

____FILED   ____ENTERED
____LODGED  ____RECEIVED

FEB 2 _ 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY



\\\DC - 59235/21 - #1025498 v1