IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LINDA FORTMAN | ) |
| Plaintiff, | ) |
| v. | ) Civil No. JFM-96-3842 |
| SMITH & NEPHEW, INC. | ) |
| Defendant. | ) |

## ORDER

The Court having been advised that the parties require an additional 30 days in which to complete the settlement process, it is, this ___ day of _____, 2000,

ORDERED, that the stay in this case is hereby extended until May 1, 2000.

Chief Judge J. Frederick Motz

FILED ___ ENTERED
LODGED ___ RECEIVED

APR 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

